PER CURIAM.
Affirmed. Williams v. State, 73 Fla.1198, 75 So. 785; Smith v. Hinkley, 98 Fla. 132, 123 So. 564; Nelson v. State, 99 Fla. 1032, 128 So. 1; Morris v. State, 100 Fla. 850, 130 So. 582; Koptyra v. State, Fla.App.1965, 172 So.2d 628; State v. Outten, Fla. 1968, 206 So.2d 392; Simpson v. State, Fla.App. 1968, 211 So.2d 862; Matera v. State, Fla.App.1968, 218 So.2d 180; Ramirez v. State, Fla.App.1970, 241 So.2d 744; Hoover v. State, Fla.App.1971, 252 So.2d 872; Cole v. State, Fla.App.1972, 262 So.2d 902; § 924.33, Fla.Stat., F.S.A.